# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JOHN A. PIENKOS, SARAH E. PIENKOS, CHARLES ROBERT PIENKOS and JOHN ANDREW PIENKOS II,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL AMERICAN LIFE INSURANCE COMPANY, A METLIFE COMPANY; JAMES BENNON; DOUGLAS THORPE; and FUTURE FOCUS FINANCIAL GROUP, LLC,<br><br>　　　　Defendants. | Civil Action No. 4:11-cv-01637-RBH<br><br>**CONSENT ORDER EXTENDING STAY** |

THIS MATTER CAME BEFORE THE COURT upon the consent motion of all parties to extend the stay imposed on September 25, 2012, through December 14, 2012, to permit adequate time to reconvene the mediation of this case. Despite good faith efforts, the parties were unable to reschedule the mediation within the time originally allotted due to prior scheduling conflicts, but the mediation is currently set for December 12, 2012.

NOW, THEREFORE, for good cause shown, the Court finds that the stay should be, and is hereby, extended through December 14, 2012, by which time counsel shall report to the Court as to whether the case is resolved. The clerk is directed to lift stay on December 14, 2012, in the event the case is not resolved. Additionally, in the event the case is not resolved, counsel will submit to Court a consent amended scheduling order to govern further proceedings.

AND IT IS SO ORDERED.

                                <u>s/R. Bryan Harwell</u>  
                                The Honorable R. Bryan Harwell  
                                United States District Judge

October 26, 2012

Florence, South Carolina