# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JOHN A. PIENKOS, SARAH E. PIENKOS, CHARLES ROBERT PIENKOS and JOHN ANDREW PIENKOS II, | ) ) ) |
| | ) Civil Action No. 4:11-cv-01637-RBH |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| | ) **CONSENT ORDER** |
| GENERAL AMERICAN LIFE INSURANCE COMPANY, A METLIFE COMPANY; JAMES BENNON; DOUGLAS THORPE; and FUTURE FOCUS FINANCIAL GROUP, LLC, | ) **EXTENDING STAY** ) ) ) ) |
| Defendants. | ) |

THIS MATTER CAME BEFORE THE COURT upon the consent motion of all parties to extend the stay imposed on September 25, 2012, through January 7, 2013, to permit adequate time to consider the settlement terms negotiated by counsel.

NOW, THEREFORE, for good cause shown, the Court finds that the stay should be, and is hereby, extended through January 7, 2013, by which time counsel shall report to the Court whether the case is resolved. The clerk is directed to lift stay on January 7, 2013, in the event the case is not resolved. Additionally, in the event the case is not resolved, counsel will submit to Court a consent amended scheduling order to govern further proceedings.

AND IT IS SO ORDERED.

                                                   s/R. Bryan Harwell
                                                   The Honorable R. Bryan Harwell
                                                   United States District Judge

December 14, 2012
Florence, South Carolina