# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JOHN A. PIENKOS, SARAH E. PIENKOS, CHARLES ROBERT PIENKOS and JOHN ANDREW PIENKOS II, | Civil Action No. 4:11-cv-01637-RBH |
| Plaintiffs, | |
| vs. | **CONSENT ORDER CORRECTING DOCKET ENTRY** |
| GENERAL AMERICAN LIFE INSURANCE COMPANY, A METLIFE COMPANY; JAMES BENNON; DOUGLAS THORPE; and FUTURE FOCUS FINANCIAL GROUP, LLC, | |
| Defendants. | |

THIS MATTER CAME BEFORE THE COURT upon the consent of all parties to correct Docket Entry Number 38 in this case (Plaintiffs' Expert Witness Disclosure) (filed 02/14/2012) to delete Entry Number 38-1 (Plaintiffs' Expert Report) (filed 02/14/2012).

At the time Plaintiffs filed their Expert Witness Disclosure and Report, filings in this case were governed by the First Amended Scheduling Order entered on 08/25/2011. Pursuant to the First Amended Scheduling Order, the Court required counsel to "file a document that *identifie[d]* the experts and certifie[d] compliance with these rules." (First Amended Scheduling Order, Docket Entry Number 21, p. 3, fn. 5) (emphasis added). The Order noted that this requirement was supplemental to the Federal Rules of Civil Procedure, which the Court confirmed "do not require filing any portion of the written report or expert disclosure." *Id.* (citing Fed. R. Civ. P. 26(a)(2)(B) and (C)).

Defendants contend that Plaintiffs' Expert Report, which was filed as an attachment to Plaintiffs' Expert Witness Disclosure, should not be a part of the public record in this case. The

parties agree that Plaintiffs were only required to file their Expert Witness Disclosure. Plaintiffs consent to the deletion of their Expert Report from the Docket, leaving their Expert Witness Disclosure of record.

NOW, THEREFORE, for good cause shown, the Court hereby ORDERS that Docket Entry Number 38 (filed 02/14/2012) be corrected to delete Entry Number 38-1 (Plaintiffs' Expert Report) (16 pages). Docket Entry Number 38 (Plaintiff's Expert Witness Disclosure) (1 page) shall remain of record. The Clerk of Court is hereby directed to take such action as may be necessary to cause the same to be done.

AND IT IS SO ORDERED.

s/R. Bryan Harwell  
The Honorable R. Bryan Harwell  
United States District Judge

March 20, 2013  
Florence, South Carolina

WE SO MOVE/CONSENT:                           WE SO MOVE/CONSENT:


s/J.W. Nelson Chandler                        s/Gene M. Connell
J. W. Nelson Chandler, Fed Id # 7593          Gene M. Connell, Fed Id #236
Email:  nelson@corriganchandler.com           Email:  gconnell@classactlaw.net
CORRIGAN & CHANDLER LLC                       Kelaher, Connell & Connor, P.C.
P.O. Box 547                                  P.O. Drawer 14547
Charleston, SC  29402                         Surfside Beach, SC 29587
Phone:  843-577-5430                          Phone:  843-238-5648
Fax:  843-577-5650                            Fax:  843-238-5050

*Attorneys for Defendant Douglas Thorpe*      *Attorneys for Plaintiffs*


WE SO MOVE/CONSENT:                           WE SO MOVE/CONSENT:


s/R. Scott Wallinger Jr.                      s/Peter A. Rutledge
R. Scott Wallinger Jr., Fed Id #5868          Peter A. Rutledge, Fed Id #7185
Email:  swallinger@collinsandlacy.com         Email:  peter.rutledge@smithmoorelaw.com
Collins and Lacy, P.C.                        Smith Moore Leatherwood LLP
Post Office Box 12487                         300 East McBee Avenue, Ste. 500
Columbia, SC 29211                            Greenville, SC  29601
Phone:  803-255-0419                          Phone:  864-240-2410
Fax:  803-772-4484                            Fax:  864-240-2498

*Attorneys for Defendants James Bennon        Attorneys for Defendant General American Life
and Future Focus Financial Group, LLC*        *Insurance Company*